**Darlene A. THOMPSON, Appellant,**

v.

**WESTERN DISTRICT OF MISSOURI, Appellee.**

No. 03–2407.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 4, 2003.

Decided Sept. 5, 2003.

Darlene A. Thompson, Pacific, MO, for Plaintiff–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Darlene A. Thompson appeals the district court's * pre-service dismissal of Thompson's complaint under 28 U.S.C. § 1915(e)(2)(B). Having reviewed the pleadings, which contain no factual allegations or decipherable claims, we affirm. *See* 8th Cir. R. 47A(a).

---

* The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.